# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| FRESHUB, INC., FRESHUB, LTD. § | |
| § | CIVIL NO: |
| vs. § | AU:19-CV-00885-ADA |
| § | |
| AMAZON.COM INC., AMAZON DIGITAL § | |
| SERVICES, LLC, PRIME NOW, LLC, | |
| WHOLE FOODS MARKET INC., WHOLE | |
| FOODS MARKET SERVICES, INC. | |

## ORDER SETTING MOTION HEARING BY ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTION HEARING BY ZOOM** on **Monday, February 08, 2021 at 09:30 AM**. The link for the hearing will be sent by e-mail.

IT IS SO ORDERED this 5th day of February, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE