UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| FRESHUB, INC. and FRESHUB, LTD.<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>AMAZON.COM, INC., a Delaware Corporation, AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company, PRIME NOW, LLC, a Delaware Limited Liability Company, and WHOLE FOODS MARKET SERVICES, INC., a Texas Corporation,<br>　　　　　Defendants. | Case No. 6:21-CV-00511-ADA |

**[CORRECTED] EXHIBITS D-3 AND D-4 TO [DKT 205] JOINT NOTICE IDENTIFYING REMAINING OBJECTIONS TO PRETRIAL DISCLOSURES AND DISPUTES ON MOTIONS *IN LIMINE***

J. David Hadden, CSB No. 176148
dhadden@fenwick.com
Saina S. Shamilov, CSB No. 215636
sshamilov@fenwick.com
Todd R. Gregorian (*Admitted Pro Hac Vice*)
tgregorian@fenwick.com
Ravi R. Ranganath, CSB No. 272981
rranganath@fenwick.com
Vigen Salmastlian, CSB No. 276846
vsalmastlian@fenwick.com
Allen Wang, CSB No. 278953
allen.wang@fenwick.com
Eric B. Young, CSB No. 318754
eyoung@fenwick.com
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA  94041
Telephone:  650.988.8500
Facsimile:  650.938.5200

Barry K. Shelton (TX Bar #24055029)
bshelton@sheltoncoburn.com
**SHELTON COBURN LLP**
311 RR 620 S, Suite 205
Austin, TX 78734
Tel: (512) 263-2165
Fax: (512) 263-2166

Deron R. Dacus (TX Bar #00790553)
ddacus@dacusfirm.com
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Tel: (903) 705-1117
Fax: (903) 581-2543

*Counsel for Defendants*
*AMAZON.COM, INC., AMAZON.COM SERVICES LLC, PRIME NOW, LLC, and WHOLE FOODS MARKET SERVICES, INC.*