# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| FRESHUB, INC., FRESHUB, LTD. | § | |
| | § | CIVIL NO: |
| vs. | § | WA:21-CV-00511-ADA |
| | § | |
| AMAZON.COM INC., AMAZON DIGITAL SERVICES, LLC, PRIME NOW, LLC, WHOLE FOODS MARKET INC., WHOLE FOODS MARKET SERVICES, INC., AMAZON.COM SERVICES LLC | § | |

## ORDER SETTING FINAL PRETRIAL CONFERENCE CONTINUATION

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **FINAL PRETRIAL CONFERENCE CONTINUATION** by Zoom on **Thursday, May 27, 2021 at 02:00 PM**.

IT IS SO ORDERED this 21st day of May, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE