**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **FRESHUB, INC., ET. AL.,** <br> *Plaintiffs,* <br><br> -vs- <br><br> **AMAZON.COM INC., ET. AL.,** <br> *Defendants.* | §§§§§§§§§§§ | **CASE NO. 6:21-CV-00511-ADA** |

## ORDER SETTING VOIR DIRE AND PRE-VOIR DIRE CONFERENCE

This matter is before the Court on its own Motion. Accordingly, **IT IS HEREBY ORDERED** that the above entitled and numbered case is set for a Video Conference to discuss voir dire protocol with the Honorable Judge Jeffrey C. Manske on **Wednesday, June 9, 2021, at 1:30 p.m**. The conference will be conducted by video at https://txwd-uscourts.zoomgov.com/j/1611260782?pwd=SXhoWHAvUWxTWW5JUy8vbWU1N1dsZz09 and will be attended by at least one counsel for each party having appeared as of the date of this Order.

**IT IS FURTHER ORDERED** that voir dire is set before the undersigned for **9:30 am, Thursday, June 10, 2021** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX

**SIGNED this 1st day of June, 2021.**

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE