# EXHIBIT B-2

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| FRESHUB, INC. and FRESHUB, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a Delaware Corporation, AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company, PRIME NOW, LLC, a Delaware Limited Liability Company, and WHOLE FOODS MARKET SERVICES, INC., a Texas Corporation, <br><br> Defendants. | Case No. 6:21-CV-511-ADA |

**DEFENDANTS' AMENDED TRIAL WITNESS LIST**

Defendants expect to call at trial the percipient and expert witnesses identified below. Defendants may call individuals listed on Freshub's trial witness list, as well as individuals necessary for rebuttal. Defendants intend to cross-examine any witnesses Freshub presents and reserve the right to adjust the order and manner in which they present witnesses based on Freshub's case. In addition, Defendants may present deposition testimony, including in the event that any of the individuals listed below as witnesses that Defendants intend to call become unable to attend trial or are otherwise unable to provide live testimony.

| No. | Witness | Will Call [live or by depo][1] | May Call [live or by depo] | Est. Time (Hrs.) | Freshub's Objections |
|---|---|---|---|---|---|
| 1 | Nikko Strom | x | | 1.0 | |
| 2 | John Love | x | | 0.75 | |
| 3 | Jason Buechel | | x | 0.5 | |
| 4 | Rajiv Mehta | | x | 0.25 | |
| 5 | Paul Smart | x (by deposition) | x | 0.25 | |
| 6 | Meir Zohar | x (by deposition) | | 0.5 | |
| 7 | David Weiss | x (by deposition) | | .25 | |
| 8 | Adesh Desai | x | | 0.75 | |
| 9 | Dr. Michael Johnson | x | | 2.5 | |

---

[1] Defendants expect the listed witnesses to be available for live testimony, but due to the prevailing pandemic and the potential for circumstances beyond Defendants' control, Defendants reserve the right to designate witnesses and present their testimony by deposition should the need arise. The COVID-19 pandemic and various restrictions relating to it may also impact the order in which Defendants present witnesses and the manner in which it presents them.

| No. | Witness | Will Call [live or by depo][1] | May Call [live or by depo] | Est. Time (Hrs.) | Freshub's Objections |
|---|---|---|---|---|---|
| 10 | W. Christopher Bakewell | x | | 1.0 | |

**FRESHUB'S OBJECTIONS TO DEFENDANTS' WITNESSES**

To the extent Defendants assert that they intend to present deposition testimony in lieu of live testimony for any of the witnesses above, Freshub objects as Defendants have not established that the witnesses are unavailable pursuant to Fed. R. Civ. P. 32(a)(4). Furthermore, Freshub objects to Defendants' assertion that it may call individuals on Freshub's witness list or individuals necessary for rebuttal as Defendants have not identified the witnesses pursuant to the Court's scheduling order. Moreover, Freshub objects to the testimony of any witness that is prohibited pursuant to an order from the Court or agreement between the parties. Freshub reserves the right to modify, amend or supplement these objections throughout the balance of this case and/or in response to rulings by the Court (including any pending motions).

Dated: June 4, 2021                                     Respectfully submitted,

*Of Counsel:*                                           /s/ *Eric B. Young*
                                                        J. David Hadden, CSB No. 176148
Barry K. Shelton (TX Bar #24055029)                     dhadden@fenwick.com
bshelton@sheltoncoburn.com                              Saina S. Shamilov, CSB No. 215636
SHELTON COBURN LLP                                      sshamilov@fenwick.com
311 RR 620 S, Suite 205                                 Todd R. Gregorian, CSB No. 236096
Austin, TX 78734                                        tgregorian@fenwick.com
Tel: (512) 263-2165                                     Ravi R. Ranganath, CSB No. 272981
Fax: (512) 263-2166                                     rranganath@fenwick.com
                                                        Vigen Salmastlian, CSB No. 276846
Deron R. Dacus (TX Bar #00790553)                       vsalmastlian@fenwick.com
ddacus@dacusfirm.com                                    Allen Wang, CSB No. 278953
THE DACUS FIRM, P.C.                                    allen.wang@fenwick.com
821 ESE Loop 323, Suite 430                             Eric B. Young, CSB No. 318754
Tyler, TX 75701                                         eyoung@fenwick.com
Tel: (903) 705-1117                                     **FENWICK & WEST LLP**
Fax: (903) 581-2543                                     801 California Street
                                                        Mountain View, CA  94041
                                                        Telephone:  650.988.8500
                                                        Facsimile:  650.938.5200

                                                        *Counsel for Defendants*
                                                        *AMAZON.COM, INC., AMAZON.COM*
                                                        *SERVICES LLC, PRIME NOW, LLC, and*
                                                        *WHOLE FOODS MARKET SERVICES, INC.*