## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| FRESHUB, INC. and FRESHUB, LTD.,<br><br>        Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware Corporation, AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company, PRIME NOW, LLC, a Delaware Limited Liability Company, and WHOLE FOODS MARKET SERVICES, INC., a Texas Corporation,<br><br>        Defendants. | Case No. 6:21-CV-00511-ADA |

## NOTICE RE EVIDENCE FOR BENCH TRIAL
## ON INEQUITABLE CONDUCT

The Court requested the parties provide the evidence for the bench trial on inequitable conduct for review in camera. Amazon has provided that evidence to the Court on electronic storage media, including the video deposition testimony of Mr. David Weiss. For the completeness of the bench trial record, Amazon is filing the transcript of the designated testimony along with the associated trial exhibits:

- Exhibit A – January 27, 2021 Designated Deposition Testimony of David Weiss;
- Exhibit B – Errata to Exhibit A, dated March 1, 2021;
- Exhibit C - D0288, Log of Documents Withheld or Redacted for Privilege by Knobbe, Martens, Olsen & Bear LLP;
- Exhibit D - D0291, Final Rejection – U.S. Patent Application 11/301,291 (U.S. 9,821,344 file history) Office Action, dated June 6, 2011;
- Exhibit E - D0292, Notice of Abandonment - U.S. Patent Application 11/301,291 (U.S. 9,821,344 file history), dated Jan. 3, 2012;

- Exhibit F - D0293, Ikan Technologies Inc. Patent Assignment, dated December 4, 2012;

- Exhibit G - D0296, Decision on Petition for Revival - U.S. Patent Application 11/301,291 (U.S. 9,821,344 file history), dated April 20, 2017;

- Exhibit H - D0490, Petition for Revival of an Application for Patent Abandoned Unintentionally Under 37 CFR 1.137(a) - U.S. Patent Application 11/301,291 (U.S. 9,821,344 file history), dated January 20, 2107.

Dated: June 21, 2021

*Of Counsel:*

Barry K. Shelton (TX Bar #24055029)
bshelton@sheltoncoburn.com
Bradley Dalton Coburn
coburn@sheltoncoburn.com
SHELTON COBURN LLP
311 RR 620 S, Suite 205
Austin, TX 78734
Tel: (512) 263-2165
Fax: (512) 263-2166

Respectfully submitted,

*/s/ Todd R. Gregorian*

J. David Hadden, (CSB No. 176148)
Email: dhadden@fenwick.com
Saina S. Shamilov, (CSB No. 215636)
Email: sshamilov@fenwick.com
Todd R. Gregorian (CSB No. 236096)
Email: tgregorian@fenwick.com
Ravi R. Ranganath (CSB No. 272981)
Email: rranganath@fenwick.com
Allen Wang (CSB No. 278953)
Email: allen.wang@fenwick.com
Eric B. Young (CSB No. 318754)
Email: eyoung@fenwick.com
**FENWICK & WEST LLP**
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

*Counsel for Defendants*
*AMAZON.COM, INC., AMAZON.COM SERVICES LLC, PRIME NOW, LLC, and WHOLE FOODS MARKET SERVICES, INC.*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 21, 2021, a copy of the foregoing was served electronically, via CM/ECF, on all counsel of record who are deemed to have consented such service under the Court's local rules.

By: */s/ Todd R. Gregorian*
Todd R. Gregorian