# EXHIBIT A

**Designation Run Report**

# Weiss_BenchTrial

**Weiss, David 01-27-2021**

**Our Designations  00:23:56**

**Their Counters  00:04:14**

**Total Time  00:28:10**



**ID:Weiss**

| | Weiss-Weiss_BenchTrial | |
|---|---|---|
| Page/Line | Source | ID |
| 8:21 - 9:5 | **Weiss, David 01-27-2021 (00:00:21)** | **Weiss.1** |
| | 8:21   Q. Good morning, Mr. Weiss. | |
| | 8:22   A. Morning. | |
| | 8:23   Q. Thank you for making the time today.  I | |
| | 8:24 appreciate it. | |
| | 8:25 Where do you work? | |
| | 9:1   A. At Knobbe Martens Olson & Bear. | |
| | 9:2   Q. Is Knobbe Martens a law firm? | |
| | 9:3   A. Correct. | |
| | 9:4   Q. Are you a partner in that law firm? | |
| | 9:5   A. Yes. | |
| 9:6 - 9:11 | **Weiss, David 01-27-2021 (00:00:11)** | **Weiss.2** |
| | 9:6   Q. How long have you been an attorney at | |
| | 9:7 Knobbe? | |
| | 9:8   A. Well over 25 years. | |
| | 9:9   Q. Are you the managing partner of the Los | |
| | 9:10 Angeles office? | |
| | 9:11   A. I am. | |
| 22:15 - 22:22 | **Weiss, David 01-27-2021 (00:00:25)** | **Weiss.3** |
| | 22:15   Q. What does it mean for a patent application | |
| | 22:16 to "go abandoned"? | |
| | 22:17   A. It means that -- it can mean that you | |
| | 22:18 didn't respond to an office action in a timely way. | |
| | 22:19 You didn't pay a certain fee that was due.  Those | |
| | 22:20 are probably the two most common examples. | |
| | 22:21   Q. And what is the effect of a patent | |
| | 22:22 application going abandoned? | |
| 23:19 - 23:22 | **Weiss, David 01-27-2021 (00:00:13)** | **Weiss.4** |
| | 23:19   A. So the prosecution will stop on the | |
| | 23:20 application.  And it will be marked as abandoned at | |
| | 23:21 the patent office, and a patent will not issue from | |
| | 23:22 it. | |
| 23:23 - 24:4 | **Weiss, David 01-27-2021 (00:00:20)** | **Weiss.5** |
| | 23:23   Q. Have you ever intentionally allowed a | |
| | 23:24 patent application to go abandoned? | |
| | 23:25   A. Yes. | |
| | 24:1   Q. In what circumstances have you done that? | |
| | 24:2   A. At the direction of the client.  It may be | |
| | 24:3 that the technology is no longer being pursued by | |
| | 24:4 the bite client. | |

| Page/Line | Source | ID |
|---|---|---|
| | Weiss-Weiss_BenchTrial | |
| 24:10 - 24:13 | **Weiss, David 01-27-2021 (00:00:15)**<br>24:10   Q. And when you have intentionally let a<br>24:11 patent application go abandoned, have you done that<br>24:12 by just failing to respond to office action?<br>24:13   A. The vast majority of the time. | Weiss.6 |
| 24:18 - 24:22 | **Weiss, David 01-27-2021 (00:00:19)**<br>24:18   Q. Do you have a docketing system so that<br>24:19 patent lawyers would know when deadlines are due so<br>24:20 that they don't miss a date and let a patent<br>24:21 application go abandoned?<br>24:22   A. Yes. | Weiss.7 |
| 26:17 - 26:20 | **Weiss, David 01-27-2021 (00:00:09)**<br>26:17   Q. You're aware that letting a patent<br>26:18 application go abandoned can be a basis for<br>26:19 malpractice, don't you?<br>26:20   A. Yes. | Weiss.8 |
| 26:21 - 26:24 | **Weiss, David 01-27-2021 (00:00:16)**<br>26:21   Q. So let's discuss the systems that Knobbe<br>26:22 has to avoid lawyers missing deadlines and letting<br>26:23 patents go abandoned.  Can you describe how that<br>26:24 system worked in 2011? | Weiss.9 |
| 26:25 - 27:3 | **Weiss, David 01-27-2021 (00:00:11)**<br>26:25   A. We communicate office actions, patent<br>27:1 office communications that we receive with the<br>27:2 client, and we inform the client on the timing of<br>27:3 the response. | Weiss.10 |
| 28:4 - 28:8 | **Weiss, David 01-27-2021 (00:00:16)**<br>28:4   Q.  And is there an automatic<br>28:5 notification system that you have that notifies<br>28:6 patent lawyers of the upcoming deadlines in their<br>28:7 dockets?<br>28:8   A. There is. | Weiss.12 |
| 31:12 - 31:19 | **Weiss, David 01-27-2021 (00:00:23)**<br>31:12   Q. So I take it -- and correct me if I'm<br>31:13 wrong, it was Knobbe's procedure in 2011, that you<br>31:14 would not just respond to an office action without<br>31:15 first getting authorized by the client; is that<br>31:16 correct?<br>31:17   A. In the large majority of the cases.  There<br>31:18 may be clients that have given specific instructions | Weiss.13 |

| Page/Line | Source | ID |
|---|---|---|
| | Weiss-Weiss_BenchTrial | |
| 37:16 - 37:23 | 31:19 to automatically respond, but that is an exception.<br>**Weiss, David 01-27-2021 (00:00:16)**<br>37:16   Q.  When Knobbe's practice receives a<br>37:17 notice of abandonment, was that a material patent<br>37:18 office communication that gets forwarded to the<br>37:19 client?<br>37:20 MR. WEIL:  You're talking about, again,<br>37:21 general practice --<br>37:22 MR. HADDEN:  Yes.<br>37:23 THE WITNESS:  Yes. | Weiss.15 |
| 39:2 - 39:14 | **Weiss, David 01-27-2021 (00:00:57)**<br>39:2   Q. Going back to the general procedure where<br>39:3 the patent application has been abandoned because of<br>39:4 a failure to respond to an office action response.<br>39:5 Does Knobbe have a practice of documenting the fact<br>39:6 that the client was notified of the deadline and<br>39:7 agreed to let it lapse?<br>39:8   A. If a client told us to abandon the<br>39:9 application, yes, we would make note -- an<br>39:10 indication of that.<br>39:11   Q. And how is that indication documented at<br>39:12 Knobbe?<br>39:13   A. We tell the docketing department to<br>39:14 docket that -- | Weiss.16 |
| 39:16 - 39:18 | **Weiss, David 01-27-2021 (00:00:05)**<br>39:16 THE WITNESS:  To document that we received<br>39:17 an instruction to allow the application to go<br>39:18 abandoned. | Weiss.17 |
| 39:20 - 40:1 | **Weiss, David 01-27-2021 (00:00:23)**<br>39:20   Q. Okay.  And when you tell the docketing<br>39:21 department that the application has been -- that the<br>39:22 client has agreed to let the application go<br>39:23 abandoned, how is that noted in the docketing<br>39:24 system?  What artifact is created?<br>39:25   A. I don't know.  I've never gone back to<br>40:1 look. | Weiss.18 |
| 40:16 - 40:19 | **Weiss, David 01-27-2021 (00:00:14)**<br>40:16   Q. It's a simple point, right?  You docket<br>40:17 these things so that you have a record to show that<br>40:18 what you did was approved by the client, right? | Weiss.19 |

| Page/Line | Source | ID |
|---|---|---|
| | Weiss-Weiss_BenchTrial | |
| 40:20 - 40:25 | 40:19   A. Yes.<br>**Weiss, David 01-27-2021 (00:00:15)**<br>40:20   Q. Right.  So there has to be some indication<br>40:21 you can go back and look at as evidence that, yes,<br>40:22 at this time, it was approved by the client to let<br>40:23 this patent go abandoned and let the deadline lapse,<br>40:24 right?<br>40:25   A. Correct. | Weiss.20 |
| 74:4 - 74:6 | **Weiss, David 01-27-2021 (00:00:14)**<br>74:4   Q. Thank you, Mr. Weiss.<br>74:5 Now, changing subjects.  How did iKan come<br>74:6 to be your client? | Weiss.21 |
| 74:13 - 74:16 | **Weiss, David 01-27-2021 (00:00:17)**<br>74:13   A. Eventually one of the inventors was<br>74:14 referred to us, and we represented the inventor, and<br>74:15 then they formed iKan Technologies.  We transferred<br>74:16 representation to iKan Technologies. | Weiss.22 |
| 75:23 - 75:25 | **Weiss, David 01-27-2021 (00:00:07)**<br>75:23   Q. For the time when Frederico Wagner was your<br>75:24 prime contact at iKan.<br>75:25   A. Yes. | Weiss.23 |
| 77:9 - 77:11 | **Weiss, David 01-27-2021 (00:00:09)**<br>77:9   Q.  Were there other contacts that you<br>77:10 dealt with at iKan during any period?<br>77:11   A. I dealt with Sony Douer. | Weiss.24 |
| 77:12 - 77:13 | **Weiss, David 01-27-2021 (00:00:07)**<br>77:12   Q. Anybody else?<br>77:13   A. Bill Adam. | Weiss.25 |
| 78:20 - 78:22 | **Weiss, David 01-27-2021 (00:00:10)**<br>78:20   Q. Let me ask you to look at Document 9 in<br>78:21 your folder, which should be the privilege log that<br>78:22 your counsel provided in this case. | Weiss.26<br>D288.1 |
| 79:5 - 79:11 | **Weiss, David 01-27-2021 (00:00:40)**<br>79:5   Q. Have you seen this before, Mr. Weiss?<br>79:6   A. Yes.<br>79:7   Q. What is included on this privilege log?<br>79:8   A. Emails.<br>79:9   Q. What emails?<br>79:10   A. Emails between the client, emails with<br>79:11 people at Freshub. | Weiss.27 |

| Page/Line | Source | ID |
|---|---|---|
| | Weiss-Weiss_BenchTrial | |
| 79:14 - 79:19 | **Weiss, David 01-27-2021 (00:00:22)**<br>79:14 So does this privilege log include all of<br>79:15 your privileged communications with iKan, or is this<br>79:16 limited to communications relating to the patents at<br>79:17 issue in this case?<br>79:18   A. It's limited to patents at issue in this<br>79:19 case. | **Weiss.28** |
| 84:23 - 85:10 | **Weiss, David 01-27-2021 (00:00:48)**<br>84:23   Q.  Now, 15 is an office action in the<br>84:24 same 11/301,291 application.  Do you see that?<br>84:25   A. Yes.<br>85:1   Q. And this is has a notification date of<br>85:2 6-6-2011.  Do you see that?<br>85:3   A. Yes.<br>85:4   Q. Is that when you would've received this<br>85:5 from the patent office?<br>85:6   A. Within usually -- either that or within a<br>85:7 few days.<br>85:8   Q. And if you look on the next page, this is a<br>85:9 final rejection, correct?<br>85:10   A. Correct. | **Weiss.29**<br>D291.1<br>D291.1.1<br><br>D291.1.2<br><br><br><br><br><br><br>D291.2<br>D291.2.1 |
| 86:9 - 86:15 | **Weiss, David 01-27-2021 (00:00:26)**<br>86:9   Q. Got it.  Okay.  And is the final rejection<br>86:10 like this the type of material patent office<br>86:11 communication you would've forwarded to the client?<br>86:12   A. Yes.<br>86:13   Q. Now, I'd ask you to look back, Mr. Weiss,<br>86:14 to the privilege log that your counsel produced,<br>86:15 which was Document 9. | **Weiss.30**<br><br><br><br><br><br>D288.1 |
| 86:18 - 86:19 | **Weiss, David 01-27-2021 (00:00:24)**<br>86:18   Q. If you look in that privilege log at<br>86:19 entry -- 92.  It should be on page -- it starts on | **Weiss.31** |
| 86:20 - 86:23 | **Weiss, David 01-27-2021 (00:00:17)**<br>86:20 Page 8.  You see the entry 91 on the bottom of<br>86:21 Page 8 that is dated June 24th, 2011, and it's an<br>86:22 email from you to Frederico Wagner and Fabio<br>86:23 Zsigmond. | **Weiss.32**<br>D288.8.1<br>D288.8.2 |
| 87:3 - 87:7 | **Weiss, David 01-27-2021 (00:00:13)**<br>87:3   A. Okay.  I see it.<br>87:4   Q. So that's a communication that you had with | **Weiss.33** |

| Page/Line | Source | ID |
|---|---|---|
| | **Weiss-Weiss_BenchTrial** | |
| | 87:5 two of the iKan inventors after you received this | |
| | 87:6 final rejection, correct? | |
| | 87:7   A. Yes. | |
| 87:8 - 87:8 | **Weiss, David 01-27-2021 (00:00:04)** | **Weiss.34** |
| | 87:8   Q. Then if you look on the log at entry 92 on | |
| 87:9 - 87:19 | **Weiss, David 01-27-2021 (00:00:37)** | **Weiss.35** |
| | 87:9 the next page at the top of Line 9, there's an entry | D288.9.1 - D288.9.2 |
| | 87:10 from -- where the author is Connie Kwon. | |
| | 87:11 Do you see that? | |
| | 87:12   A. Yes. | |
| | 87:13   Q. When is Connie Kwon? | |
| | 87:14   A. She is my assistant. | |
| | 87:15   Q. This is an email with attachments that your | |
| | 87:16 assistant sent to Frederico Wagner CC'ing some other | |
| | 87:17 recipients on June 24th, 2011, after you received | |
| | 87:18 the final rejection; is that right? | |
| | 87:19   A. Yes. | |
| 91:15 - 92:17 | **Weiss, David 01-27-2021 (00:00:59)** | **Weiss.36** |
| | 91:15   Q.   -- what is document | D292.1 |
| | 91:16 16? | |
| | 91:17 (Whereupon, Bates document | |
| | 91:18 KNOBBE-000673-674 was marked as | |
| | 91:19 Defendant's Exhibit 16 for identification, | |
| | 91:20 as of this date.) | |
| | 91:21 THE WITNESS:  It's a communication from the | |
| | 91:22 patent office. | |
| | 91:23 BY MR. HADDEN | |
| | 91:24   Q. And on the front it has notification date | D292.1.2 |
| | 91:25 of January 3rd, 2012.  Do you see that? | |
| | 92:1   A. I do. | |
| | 92:2   Q. Again, is that roughly the date that you | |
| | 92:3 would have received this? | |
| | 92:4   A. Yes, within a few days. | |
| | 92:5   Q. Thank you.  And if we go to the next page | D292.2 |
| | 92:6 at the top, it says "Notice of Abandonment."  Do you | D292.2.2 |
| | 92:7 see that? | |
| | 92:8   A. I do. | |
| | 92:9   Q. And it says, "Applicant's failure to | |
| | 92:10 finally -- to timely file a proper reply to the | |
| | 92:11 office letter mailed on June 6th, 2011." | |

| Page/Line | Source | ID |
|---|---|---|
| | **Weiss-Weiss_BenchTrial** | |
| | 92:12 Do you see that? | |
| | 92:13   A. I do. | |
| | 92:14   Q. That's referring to that final rejection we | |
| | 92:15 were just talking about that was Exhibit 15, | |
| | 92:16 correct? | |
| | 92:17   A. Correct. | |
| 92:18 - 92:20 | **Weiss, David 01-27-2021 (00:00:11)** | Weiss.37 |
| | 92:18   Q. And it's correct you did not respond to the | |
| | 92:19 June 6th final rejection, correct? | |
| | 92:20   A. Correct. | |
| 93:2 - 93:15 | **Weiss, David 01-27-2021 (00:00:47)** | Weiss.38 |
| | 93:2   Q. So you received this Notice of Abandonment, | |
| | 93:3 January 3rd, 2012.  If you look at the privilege log | |
| | 93:4 at entry 97 -- and actually, let's go to 98, which | D288.9.1 - D288.9.4 |
| | 93:5 is on Page 9. | |
| | 93:6 Do you see that? | |
| | 93:7   A. Yes. | |
| | 93:8   Q. Then there's an entry on Page 9, Number 98. | |
| | 93:9 It's an email from you to Frederico Wagner and Fabio | |
| | 93:10 Zsigmond. | |
| | 93:11 Do you see that? | |
| | 93:12   A. I do. | |
| | 93:13   Q. Again, do you have any reason to believe | |
| | 93:14 that Frederico Wagner or Fabio Zsigmond did not | |
| | 93:15 receive that communication? | |
| 93:17 - 93:18 | **Weiss, David 01-27-2021 (00:00:03)** | Weiss.39 |
| | 93:17 THE WITNESS:  No.  I have no reason to | |
| | 93:18 believe they did not receive it. | |
| 94:13 - 94:16 | **Weiss, David 01-27-2021 (00:00:14)** | Weiss.40 |
| | 94:13   Q.   Just going back to the Notice | |
| | 94:14 of Abandonment.  Would the Notice of Abandonment be | |
| | 94:15 a material patent office communication that you | |
| | 94:16 would forward to the client? | |
| 94:18 - 94:18 | **Weiss, David 01-27-2021 (00:00:01)** | Weiss.41 |
| | 94:18 THE WITNESS:  Yes. | |
| 95:14 - 96:6 | **Weiss, David 01-27-2021 (00:00:55)** | Weiss.69 |
| | 95:14   Q. Let's look at -- still in Exhibit 9 in the | |
| | 95:15 privilege log.  There is an entry 108 dated | D288.10 - D288.10.1 |
| | 95:16 October 6th, 2016, from you to Sony Douer, CC'ing | |
| | 95:17 Connie Kwon. | |

| Page/Line | Source | ID |
|---|---|---|
| | Weiss-Weiss_BenchTrial | |
| | 95:18 Do you see that? | |
| | 95:19   A. I do. | |
| | 95:20   Q. Is that the next communication you recall | |
| | 95:21 regarding the abandoned patent application with? | |
| | 95:22   A. I don't know what the subject matter is of | |
| | 95:23 that email. | |
| | 95:24 (Reporter clarification.) | |
| | 95:25 THE WITNESS:  Yeah.  I don't recall the | |
| | 96:1 subject matter of that email.  I would have to look | |
| | 96:2 at it. | |
| | 96:3 BY MR. HADDEN | |
| | 96:4   Q. But you testified that all the entries on | |
| | 96:5 this log relate to the patents at issue in this | |
| | 96:6 case, right? | |
| 96:8 - 96:15 | **Weiss, David 01-27-2021 (00:00:23)** | **Weiss.70** |
| | 96:8 THE WITNESS:  That's right.  But | |
| | 96:9 nonetheless, I still would want to read the email | |
| | 96:10 before I would comment on its content. | |
| | 96:11 BY MR. HADDEN | |
| | 96:12   Q. Sure.  But the only application that was in | |
| | 96:13 existence relating to any of the patents in this | |
| | 96:14 case in October of 2016 was the abandoned | |
| | 96:15 application, right? | |
| 96:17 - 96:19 | **Weiss, David 01-27-2021 (00:00:07)** | **Weiss.71** |
| | 96:17 THE WITNESS:  Yes.  We were handling other | |
| | 96:18 patent matters, and I don't know if this could be | |
| | 96:19 more than one patent matter. | |
| 101:25 - 102:5 | **Weiss, David 01-27-2021 (00:00:16)** | **Weiss.42** |
| | | D293.1 |
| | 101:25   Q. Do you recognize Exhibit 17? | |
| | 102:1   A. Yes. | |
| | 102:2   Q. What is this? | |
| | 102:3   A. This is a list of assets being assigned, | D293.1.1 |
| | 102:4 patent assets being assigned, from iKan | |
| | 102:5 Technologies. | |
| 102:6 - 102:7 | **Weiss, David 01-27-2021 (00:00:07)** | **Weiss.43** |
| | 102:6   Q.  Did you prepare this document, 17? | |
| | 102:7   A. Yes. | |
| 103:3 - 103:19 | **Weiss, David 01-27-2021 (00:00:47)** | **Weiss.44** |
| | 103:3   Q. And was it your understanding that Sony | |
| | 103:4 Douer was a representative of iKan Technologies, | |

| | Weiss-Weiss_BenchTrial | |
|---|---|---|
| Page/Line | Source | ID |

|  |  |  |
|---|---|---|
| | 103:5 Inc. in this transaction? | |
| | 103:6   A. Yes. | |
| | 103:7   Q. And was it your understanding that Sony | |
| | 103:8 Douer was the representative of IKan Holdings, LLC | |
| | 103:9 in this transaction? | |
| | 103:10   A. Yes. | |
| | 103:11   Q. And if you look on Page 9 is the signature | D293.2.1 |
| | 103:12 of Sion Douer at that bottom, is that Sony Douer? | |
| | 103:13   A. Yes. | |
| | 103:14   Q. So his name is Sion, but he goes by Sony, | |
| | 103:15 correct? | |
| | 103:16   A. Correct. | |
| | 103:17   Q. Then there is a notarization of the | D293.3.1 |
| | 103:18 signature on the next, Page 10.  Do you see that? | |
| | 103:19   A. I do. | |
| 103:23 - 105:1 | **Weiss, David 01-27-2021 (00:01:18)** | **Weiss.45** |
| | 103:23   Q. If you look at the tables listing the | D293.1.2 |
| | 103:24 patents that are being assigned in the patent | |
| | 103:25 applications here.  Did you prepare those tables? | |
| | 104:1   A. Yes.  Or they were prepared under my | |
| | 104:2 supervision. | |
| | 104:3   Q. And this assignment has three tables.  Do | |
| | 104:4 you see that? | |
| | 104:5   A. I do. | |
| | 104:6   Q. And the first one is "Issued Patents."  Do | D293.1.3 |
| | 104:7 you see that? | |
| | 104:8   A. Yes. | |
| | 104:9   Q. And then the next one's "Pending | |
| | 104:10 Applications." | |
| | 104:11 Do you see that? | |
| | 104:12   A. I do. | |
| | 104:13   Q. And the next one is "Inactive, Abandoned, | |
| | 104:14 Expired Applications." | |
| | 104:15 Do you see that? | |
| | 104:16   A. I do. | |
| | 104:17   Q. So if you look in the Inactive, Abandoned | |
| | 104:18 Expired Applications table, at the top of Page 9, it | D293.2 |
| | 104:19 includes systems and methods for scanning | D293.2.2 |
| | 104:20 information from storage area contents, and the | |
| | 104:21 number is 11/301291.  The date is 12-12-2005. | |

| Page/Line | Source | ID |
|---|---|---|
| | Weiss-Weiss_BenchTrial | |
| | 104:22 Do you see that? | |
| | 104:23   A. I do. | |
| | 104:24   Q. Now, that's the abandoned application, | |
| | 104:25 right? | |
| | 105:1   A. Yes. | |
| 105:2 - 105:10 | **Weiss, David 01-27-2021 (00:00:30)** | **Weiss.46** |
| | 105:2   Q. And below that is the another application | D293.2.3 |
| | 105:3 with the same title.  It has a number 60/635122 and | |
| | 105:4 filing date of 12-10-2004. | |
| | 105:5 Do you see that? | |
| | 105:6   A. I do. | |
| | 105:7   Q. And that's the provisional application that | |
| | 105:8 was filed before the regular application that was | |
| | 105:9 abandoned, right? | |
| | 105:10   A. Correct. | |
| 105:11 - 105:18 | **Weiss, David 01-27-2021 (00:00:27)** | **Weiss.47** |
| | 105:11   Q. So in -- now, this document was filed and | D293.3.2 |
| | 105:12 notarized on December 4th, 2012. | |
| | 105:13 Do you see that? | |
| | 105:14   A. Yes. | |
| | 105:15   Q. So on December 12th -- I'm sorry, | |
| | 105:16 December 4th, 2012, you knew that the abandoned | |
| | 105:17 application was abandoned, right? | |
| | 105:18   A. Yes. | clear |
| 108:25 - 109:1 | **Weiss, David 01-27-2021 (00:00:06)** | **Weiss.48** |
| | 108:25   Q. Did you prepare Exhibit 17 for Sony Douer | |
| | 109:1 to sign, Mr. Weiss? | |
| 109:3 - 109:4 | **Weiss, David 01-27-2021 (00:00:04)** | **Weiss.49** |
| | 109:3 THE WITNESS:  Yes, I prepared it or it was | |
| | 109:4 prepared under my supervision. | |
| 109:18 - 109:22 | **Weiss, David 01-27-2021 (00:00:19)** | **Weiss.50** |
| | 109:18 And again, December 4th, 2012 is over a | |
| | 109:19 year after the abandoned patent application went | |
| | 109:20 abandoned, correct, Mr. Weiss? | |
| | 109:21   A. Correct. | |
| | 109:22   Q. Thank you. | |
| 109:23 - 110:6 | **Weiss, David 01-27-2021 (00:00:46)** | **Weiss.51** |
| | 109:23 Now, after you listed the abandoned | |
| | 109:24 application -- patent application as abandoned in | |
| | 109:25 this patent assignment that was signed by Mr. Dour | |

**Weiss-Weiss_BenchTrial**

| Page/Line | Source | ID |
|---|---|---|
| 110:14 - 111:2 | 110:1 on December 4th, 2012, did you do anything in 2012<br>110:2 to revive that abandoned patent application?<br>110:3   A. No.<br>110:4   Q. And to your knowledge, did IKan Holdings,<br>110:5 LLC, do anything to revive that abandoned patent<br>110:6 application in 2012?<br>**Weiss, David 01-27-2021 (00:00:45)**<br>110:14 THE WITNESS:  Oh.  Not to my knowledge.<br>110:15 BY MR. HADDEN<br>110:16   Q. And similar question for 2013.  So after<br>110:17 you listed the abandoned application as abandoned in<br>110:18 this assignment document that was signed December<br>110:19 4th, 2012, did you do anything to revive the<br>110:20 abandoned patent application in 2013?<br>110:21   A. No.<br>110:22   Q. Did you do anything to revive the abandoned<br>110:23 patent application in 2014?<br>110:24   A. No.<br>110:25   Q. Did you do anything to revive the abandoned<br>111:1 patent application in 2015?<br>111:2   A. No. | **Weiss.52** |
| 115:6 - 115:15 | **Weiss, David 01-27-2021 (00:00:32)**<br>115:6   Q. What is Exhibit 19?<br>115:7   A. This is a petition to revive the patent<br>115:8 application for application 11/301291.<br>115:9   Q. And if you look on the second page, there<br>115:10 is your signature for David N. Weiss; is that<br>115:11 correct?<br>115:12   A. Correct.<br>115:13   Q. It's dated January 20th, 2017; is that<br>115:14 correct?<br>115:15   A. Correct. | **Weiss.53**<br>D490.1<br>D490.1.1<br><br>D490.2<br>D490.2.1<br><br><br><br>clear |
| 115:16 - 115:21 | **Weiss, David 01-27-2021 (00:00:21)**<br>115:16   Q. There's a statement that says, "The entire<br>115:17 delay in filing the required reply from the due date<br>115:18 of the required reply to the filing of a grantable<br>115:19 petition under 37 CFR 1.137(a) was unintentional."<br>115:20 Do you see that?<br>115:21   A. I do. | **Weiss.54** |
| 117:6 - 118:13 | **Weiss, David 01-27-2021 (00:01:32)** | **Weiss.55** |

| Page/Line | Source | ID |
|---|---|---|
| | Weiss-Weiss_BenchTrial | |
| | 117:6   Q. Well, you know that Mr. Dour signed the | |
| | 117:7 document you prepared on October -- on December 4th, | |
| | 117:8 2012, that listed the abandoned patent as abandoned, | |
| | 117:9 correct? | |
| | 117:10   A. Yes. | |
| | 117:11   Q. Okay.  Now, let's talk about what you knew | |
| | 117:12 rather than what Mr. Dour knew. | |
| | 117:13 Given that you knew the patent was known to | |
| | 117:14 be abandoned, at least by you, on December 4th, | |
| | 117:15 2012, how could you tell the patent office that the | |
| | 117:16 patent -- the entire period of abandonment was | |
| | 117:17 unintentional? | |
| | 117:18 MR. WEIL:  Same objection.  Same | |
| | 117:19 instruction. | |
| | 117:20 If you can answer the question without | |
| | 117:21 disclosing privileged communications with your | |
| | 117:22 client, you may do so; otherwise, you may not answer | |
| | 117:23 the question. | |
| | 117:24 THE WITNESS:  The intent does not go to my | |
| | 117:25 intent.  It goes to intent of the applicant. | |
| | 118:1 BY MR. HADDEN | |
| | 118:2   Q. Sir, it's your testimony that if you knew | |
| | 118:3 that the patent was abandoned and known to be | |
| | 118:4 abandoned intentionally, you have -- doesn't | |
| | 118:5 matter -- | |
| | 118:6   A. Wait, wait.  You said . | |
| | 118:7   Q. It doesn't. | |
| | 118:8   A. No, that is not what I said. | |
| | 118:9   Q. Okay. | |
| | 118:10   A. I said the intent goes to the applicant. | |
| | 118:11 The applicant unintentionally abandoned it.  That's | |
| | 118:12 what the issue is.  The applicant -- | |
| | 118:13   Q. What is your basis -- | |
| 118:16 - 118:18 | **Weiss, David 01-27-2021 (00:00:05)** | **Weiss.76** |
| | 118:16   Q. Go ahead and finish your answer.  Did you | |
| | 118:17 finish? | |
| | 118:18   A. That was my reply. | |
| 118:19 - 119:4 | **Weiss, David 01-27-2021 (00:00:38)** | **Weiss.56** |
| | 118:19   Q.  My question is, you are telling the | |
| | 118:20 patent office that the abandonment was unintentional | |

**Weiss-Weiss_BenchTrial**

| Page/Line | Source | ID |
|---|---|---|
| | 118:21 for the entire period, correct?  That's what you are<br>118:22 telling the patent office in Document 19?<br>118:23   A. Correct.<br>118:24   Q. And -- but you knew, because you filed a<br>118:25 document the same day that showed it, that the<br>119:1 patent was known to have been abandoned, at least by<br>119:2 you, and was listed as abandoned in December 2012,<br>119:3 correct?<br>119:4   A. Correct. | |
| 119:5 - 119:16 | **Weiss, David 01-27-2021 (00:00:35)**<br>119:5   Q. So at least in your mind, December 2012,<br>119:6 you knew that the patent was abandoned, right?<br>119:7   A. Yes.<br>119:8   Q. Right.  So there was no -- you didn't wake<br>119:9 up in 2017 and realize somehow you had made a<br>119:10 mistake by letting this patent go abandoned, right?<br>119:11   A. Correct.<br>119:12   Q. You knew it was abandoned in 2012, right?<br>119:13   A. I think I've answered that.<br>119:14   Q. And you knew it in 2013, in 2014 and 2015,<br>119:15 correct?<br>119:16   A. Correct. | **Weiss.57** |
| 121:3 - 121:7 | **Weiss, David 01-27-2021 (00:00:18)**<br>121:3   Q. So, Mr. Weiss, you not only knew in<br>121:4 December 2012 that the patent had been abandoned;<br>121:5 you provided your client, Sony Douer, the document<br>121:6 that specifically listed it as abandoned, and he<br>121:7 signed that under penalty of perjury, correct? | **Weiss.58** |
| 121:9 - 121:9 | **Weiss, David 01-27-2021 (00:00:00)**<br>121:9 THE WITNESS:  Correct. | **Weiss.59** |
| 122:2 - 123:1 | **Weiss, David 01-27-2021 (00:01:27)**<br>122:2   Q. What is 21?<br>122:3   A. It is a grant of the petition to revive.<br>122:4   Q. If you look at the second page, which is<br>122:5 after the cover page, it has a "Decision On<br>122:6 Petition."  Do you see that?<br>122:7   A. I do.<br>122:8   Q. Okay.  And this decision is based on the<br>122:9 patent application we've been talking about that you<br>122:10 filed the petition to revive on in January of 2017, | **Weiss.61**<br><br>D296.1 -<br>D296.1.1<br>D296.2<br><br>D296.2.2 |

| Page/Line | Source | ID |
|---|---|---|
| | Weiss-Weiss_BenchTrial | |
| | 122:11 correct? | |
| | 122:12   A. Correct. | |
| | 122:13   Q. And in the, I guess, third paragraph, the | D296.2.3 |
| | 122:14 last sentence says, "Accordingly, the application | |
| | 122:15 became abandoned on September 7th, 2011.  Notice of | |
| | 122:16 Abandonment was mailed January 20th, 2012." | |
| | 122:17 Do you see that? | |
| | 122:18   A. Yes. | |
| | 122:19   Q. That's consistent with your memory of what | |
| | 122:20 happened? | |
| | 122:21   A. Yes. | |
| | 122:22   Q. And then two paragraphs down, the patent | D296.2.4 |
| | 122:23 office says, "This application has been abandoned | |
| | 122:24 for an extended period of time." | |
| | 122:25 Do you see that? | |
| | 123:1   A. I do. | |
| 125:3 - 125:12 | **Weiss, David 01-27-2021 (00:00:44)** | **Weiss.62** |
| | 125:3   Q.   So looking again | D296.2.5 |
| | 125:4 at document 21, the decision on the petition.  In | |
| | 125:5 the, I guess, in paragraph second to the last on the | |
| | 125:6 second page where it says, "The U.S. Patent and | |
| | 125:7 trademark office is relying on petitioner's duty and | |
| | 125:8 candor of good faith accepting the statement that | |
| | 125:9 the entire delay in filing the required reply from | |
| | 125:10 the due date for the reply until the filing of a | |
| | 125:11 grantable petition pursuant to 37 CFR 1.137 was | |
| | 125:12 unintentional."  Do you understand what that meant? | |
| 125:17 - 125:23 | **Weiss, David 01-27-2021 (00:00:14)** | **Weiss.63** |
| | 125:17 THE WITNESS:  Yes, that the petitioner had | |
| | 125:18 an obligation to be honest and with the patent | |
| | 125:19 office in filing this. | |
| | 125:20 BY MR. HADDEN | |
| | 125:21   Q. And do you have an obligation to be honest | |
| | 125:22 and truthful with the patent office? | |
| | 125:23   A. Yes, of course. | |
| 127:14 - 127:20 | **Weiss, David 01-27-2021 (00:00:26)** | **Weiss.64** |
| | 127:14   Q. Okay.  It goes on, and has in parentheses, | D296.2.6 |
| | 127:15 "Applicant obligated under 37 CFR 11.18 to inquire | |
| | 127:16 into the underlying facts and circumstances when | |
| | 127:17 providing the statement required by 37 CFR 1.137 to | |

| Page/Line | Source | ID |
|---|---|---|
| | Weiss-Weiss_BenchTrial | |
| | 127:18 the U.S. Patent and Trademark Office." | |
| | 127:19 Do you see that? | |
| | 127:20   A. Yes. | |
| 128:13 - 128:16 | **Weiss, David 01-27-2021 (00:00:11)** | **Weiss.65** |
| | 128:13   Q. That's you.  You're the person representing | clear |
| | 128:14 iKan before the patent and trademark office, right? | |
| | 128:15   A. Yes.  I'd want to have it in front of me. | |
| | 128:16 But I have an obligation to do a full investigation. | |
| 135:19 - 135:23 | **Weiss, David 01-27-2021 (00:00:16)** | **Weiss.74** |
| | 135:19   Q. Right.  Did you -- as part of your | |
| | 135:20 investigation, you told the patent office that the | |
| | 135:21 entire period was unintentional.  Did you check to | |
| | 135:22 see if there was notation in the docketing system | |
| | 135:23 that the abandonment was intentional? | |
| 136:6 - 136:8 | **Weiss, David 01-27-2021 (00:00:02)** | **Weiss.75** |
| | 136:6   Q. Did you check the docketing system, Mr. | |
| | 136:7 Weiss? | |
| | 136:8   A. Yes. | |
| 137:17 - 137:19 | **Weiss, David 01-27-2021 (00:00:07)** | **Weiss.66** |
| | 137:17   Q. Did you check for a notification in the | |
| | 137:18 docket system if the abandonment was authorized? | |
| | 137:19 It's a yes-or-no question.  Did you do it? | |
| 138:22 - 138:23 | **Weiss, David 01-27-2021 (00:00:03)** | **Weiss.67** |
| | 138:22   A. Yeah, I don't recall if I checked the | |
| | 138:23 docket. | |
| 189:13 - 190:1 | **Weiss, David 01-27-2021 (00:00:41)** | **Weiss.68** |
| | 189:13   Q. So Mr. Weiss, how many years have you been | |
| | 189:14 practicing patent law? | |
| | 189:15   A. A little over 25 years. | |
| | 189:16   Q. And is it fair to say that in your 25 years | |
| | 189:17 of practice, that you're familiar with the rules and | |
| | 189:18 regulations of the patent office? | |
| | 189:19   A. Yes.  I'm reasonably familiar with them. | |
| | 189:20   Q. And is it also fair to say that before you | |
| | 189:21 file anything with the patent office, you do your | |
| | 189:22 best to ensure that you follow all the rules and | |
| | 189:23 regulations of the patent office? | |
| | 189:24   A. Yeah.  We always make sure we comply with | |
| | 189:25 all the rules and -- and are always acting in | |
| | 190:1 candor. | |

| Page/Line | Source | ID |
|---|---|---|

**Weiss-Weiss_BenchTrial**

Our Designations = 00:23:56
Their Counters = 00:04:14
**Total Time = 00:28:10**

**Documents Shown**
D288
D291
D292
D293
D296
D490