**FILED**
June 22, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____BW_____
DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

FRESHUB, INC. and FRESHUB, LTD.,

   Plaintiffs,

v.

AMAZON.COM, INC., a Delaware Corporation, AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company, PRIME NOW, LLC, a Delaware Limited Liability Company, and WHOLE FOODS MARKET SERVICES, INC., a Texas Corporation,

   Defendants.

Case No. 6:21-cv-00511-ADA

## VERDICT FORM

In answering the following questions, you are to follow the instructions I have given you in the Court's jury charge. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer these questions in the verdict Form.

**You can deliberate on and answer Questions 1 through 3 in any order as long as the decision is unanimous.**

**Please do not answer Questions 4 and 5 unless the instructions for the questions have been met.**

## QUESTION 1: INFRINGEMENT

Has Freshub proven, by a preponderance of the evidence, that Amazon infringed the following claims of the asserted patents?

*Answer "Yes" or "No" for each claim.*

*"Yes" is a finding for **Freshub**.  "No" is a finding for **Amazon**.*

**'153 Patent**

    Claim 1:    YES____    NO _X_

    Claim 6:    YES____    NO _X_

**'810 Patent**

    Claim 1:    YES____    NO _X_

**'408 Patent**

    Claim 20:    YES____    NO _X_

    Claim 30:    YES____    NO _X_

**Please proceed to the next question.**

## QUESTION 2: INVALIDITY

Did Amazon prove, by clear and convincing evidence, that the following claims of the asserted patents are invalid?

*Answer "Yes" or "No" for each claim.*

*"Yes" is a finding for **Amazon**. "No" is a finding for **Freshub**.*

**'153 Patent**

    Claim 1:    YES____    NO_X_

    Claim 6:    YES____    NO_X_

**'810 Patent**

    Claim 1:    YES____    NO_X_

**'408 Patent**

    Claim 20:    YES____    NO_X_

    Claim 30:    YES____    NO_X_

**Please proceed to the next question.**

4

## QUESTION 3: PATENT ELIGIBILITY

Did Amazon prove by clear and convincing evidence that, from the perspective of one of ordinary skill in the art, the following claims of the asserted patents only involved activities that were well-understood, routine, and conventional as of December 12, 2005?

*Answer "Yes" or "No" for each claim.*

*"Yes" is a finding for **Amazon**.   "No" is a finding for **Freshub**.*

**'153 Patent**

        Claim 1:      YES____      NO____

        Claim 6:      YES____      NO____

**'810 Patent**

        Claim 1:      YES____      NO____

**'408 Patent**

        Claim 20:     YES____      NO____

        Claim 30:     YES____      NO____

**Please proceed to the next page.**

**If you have reached this point in the verdict form, you should have answered Questions 1 through 3. If you have not answered Questions 1 through 3, please go back and answer them before proceeding.**

**You should only proceed to answer Questions 4 and 5 if you (1) answered "YES" for any claims in Question 1, and (2) you answered "NO" for those same claims in Question 2.**

**If you answered "NO" for all parts in Questions 1, OR if you answered "YES" for all parts of Questions 2, then do not answer any further questions. Proceed to the last page, have your Jury Foreperson sign and date this Verdict Form, and then deliver it to the Court Security Officer. You should not pay attention to any other instructions between this point and the signature page found at the end of this verdict form.**

6

## **QUESTION 4a: DAMAGES**

What sum of money, if paid in cash today, do you find Freshub has proven it is entitled to?

$_____

## **QUESTION 4b: DAMAGES**

Did you calculate this number based on a running royalty or a one-time lump sum (please check only one)?

___ Running Royalty

**OR**

___ Lump sum

**Please proceed to the next page.**

## QUESTION 5: WILLFULNESS

If you found any patent infringed and not invalid, did Freshub prove, by a preponderance of the evidence, that Amazon's infringement of that patent was willful?

*Answer "Yes" or "No" for each claim.*

*"Yes" is a finding for **Freshub** "No" is a finding for **Amazon**.*

**'153 Patent**:   YES____   NO____

**'408 Patent**:   YES____   NO____

**'810 Patent**:   YES____   NO____

**Please proceed to the Final Page of the Verdict Form.**

8

## FINAL PAGE OF THE JURY VERDICT

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The jury foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The jury foreperson should keep the Verdict Form and bring it when the jury is brought back to the court room.

Signed this __22__ day of __June__, 2021.

Jury Foreperson