# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| FRESHUB, INC., FRESHUB, LTD.,<br>　　*Plaintiffs*<br><br>-vs-<br><br>AMAZON.COM INC., PRIME NOW, LLC,<br>WHOLE FOODS MARKET INC., WHOLE<br>FOODS MARKET SERVICES, INC.,<br>AMAZON.COM SERVICES LLC,<br>　　*Defendants* | 6:21-CV-00511-ADA |

## JUDGMENT

This action came before the Court for a trial by jury commencing on June 14, 2021 between Plaintiffs Freshub, Inc. and Freshub, Ltd. (collectively, "Freshub") and Defendants Amazon.com, Inc., Amazon.com Services LLC, Prime Now, LLC, and Whole Foods Market Services, Inc. (collectively, "Amazon"). The issues have been tried and the jury rendered its verdict on June 22, 2021 (Dkt #254). In accordance with the jury verdict, it is hereby ORDERED and AJUDGED that:

1. Claims 1 and 6 of U.S. Patent No. 9,908,153 ("the '153 Patent") are not infringed by Amazon;

2. Claim 1 of U.S. Patent No. 10,213,810 ("the '810 Patent") is not infringed by Amazon;

3. Claims 20 and 30 of U.S. Patent No. 10,232,408 ("the '408 Patent") are not infringed my Amazon;

4. Claims 1 and 6 of the '153 patent are not invalid;

5. Claim 1 of the '810 Patent is not invalid;

6. Claims 20 and 30 of the '408 Patent are not invalid; and

      7.   No damages are awarded to Freshub.

SIGNED this 13th day of July, 2021.

                                                *[signature]*

                                ALAN D ALBRIGHT
                                UNITED STATES DISTRICT JUDGE