# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| FRESHUB, INC. and FRESHUB, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., a Delaware Corporation, AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company, PRIME NOW, LLC, a Delaware Limited Liability Company, and WHOLE FOODS MARKET SERVICES, INC., a Texas Corporation, <br><br> Defendants. | Case No. 6:21-CV-00511-ADA |

**STIPULATION REGARDING
EXTENSION TO FILE MOTION FOR ATTORNEYS' FEES**

Amazon.com, Inc., Amazon.com Services LLC, Prime Now, LLC, and Whole Foods Market Services, Inc. ("Defendants") and Plaintiffs Freshub, Inc. and Freshub, Ltd. ("Freshub") stipulate as follows:

WHEREAS, the Court entered a final judgment on July 13, 2021 (Dkt. 268);

WHEREAS, the Court has not ruled in the first instance on the issues presented at the bench trial in this matter, specifically, Defendants' defense that the asserted patents are unenforceable due to inequitable conduct;

WHEREAS, per Federal Rule of Civil Procedure 54, Defendants' deadline to file a motion for attorney fees and expenses is currently July 29, 2021 (see Fed. R. Civ. P. 54(d)(2)(B)(ii));

WHEREAS, Defendants have agreed that they will only file a motion for attorneys' fees in the event that they prevail on their defense that the asserted patents are unenforceable due to inequitable conduct;

WHEREAS, the parties agree that, since this basis for seeking attorneys' fees and expenses is not yet ripe, both party and Court resources will be preserved by deferring such motion, if any, until after the inequitable conduct issue is finally determined;

BASED ON THE FOREGOING, THE PARTIES HEREBY STIPULATE as follows: Defendants' motion for attorney fees and expenses, if any, shall be due 30 days after the final resolution of the inequitable conduct defense, inclusive of any appeals.

/ / /

Dated: July 27, 2021

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Eric B. Young | /s/ Lisa Kobialka |
| Of Counsel: | John Palmer |
| | Texas Bar No. 15430600 |
| Barry K. Shelton (TX Bar #24055029) | palmer@namanhowell.com |
| bshelton@sheltoncoburn.com | NAMAN HOWELL SMITH & LEE PLLC |
| Bradley Dalton Coburn | 400 Austin Ave., Suite 800, P.O. Box 1470 |
| coburn@sheltoncoburn.com | Waco, TX 76703 |
| SHELTON COBURN LLP | Telephone:  (254) 755-4100 |
| 311 RR 620 S, Suite 205 | Fax:  (254) 754-6331 |
| Austin, TX 78734 | |
| Tel: (512) 263-2165 | |
| Fax: (512) 263-2166 | |
| | |
| J. David Hadden, (CSB No. 176148) | Paul J. Andre (Pro Hac Vice) |
| Email: dhadden@fenwick.com | California Bar No. 196585 |
| Saina S. Shamilov, (CSB No. 215636) | Lisa Kobialka (Pro Hac Vice) |
| Email: sshamilov@fenwick.com | California Bar No. 191404 |
| Todd R. Gregorian (CSB No. 236096) | James Hannah (Pro Hac Vice) |
| Email: tgregorian@fenwick.com | California Bar No. 237978 |
| Ravi R. Ranganath (CSB No. 272981) | KRAMER LEVIN NAFTALIS |
| Email: rranganath@fenwick.com | &   FRANKEL LLP |
| Allen Wang (CSB No. 278953) | 990 Marsh Road Menlo Park, CA 94025 |
| Email: allen.wang@fenwick.com | Telephone: (650) 752-1700 |
| Eric B. Young (CSB No. 318754) | pandre@kramerlevin.com |
| Email: eyoung@fenwick.com | lkobialka@kramerlevin.com |
| FENWICK & WEST LLP | jhannah@kramerlevin.com |
| Silicon Valley Center | |
| 801 California Street | |
| Mountain View, CA  94041 | |
| Telephone:  650.988.8500 | |
| Facsimile:  650.938.5200 | |
| | |
| Counsel for Defendants | Counsel for Plaintiffs, |
| AMAZON.COM, INC., AMAZON.COM SERVICES LLC, PRIME NOW, LLC, and WHOLE FOODS MARKET SERVICES, INC | FRESHUB, INC. AND FRESHUB, LTD. |

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 27, 2021.

*/s/ Eric B. Young*
Eric B. Young

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, Defendants' motion for attorney fees and expenses shall be due 30 days after the final resolution of the inequitable conduct defense, inclusive of any appeals.

**SO ORDERED.**

**SIGNED** this _____ day of _____, 2021.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE