UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| FRESHUB, INC. and FRESHUB, LTD.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>AMAZON.COM, INC., a Delaware Corporation, AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company, PRIME NOW, LLC, a Delaware Limited Liability Company, and WHOLE FOODS MARKET SERVICES, INC., a Texas Corporation,<br><br>　　　　　Defendants. | Case No. 6:21-CV-00511-ADA<br><br>**PUBLIC VERSION** |

**DECLARATION OF SAINA S. SHAMILOV**

I, Saina S. Shamilov, declare as follows:

1. I am an attorney admitted to practice in the State of California and a partner with the law firm of Fenwick & West LLP, counsel of record for Defendants. I have personal knowledge of the facts in this declaration.

2. I was born into a Jewish family in the former Soviet Union. I came to this country as a religious refugee, fleeing Soviet anti-Semitism and seeking opportunity that was not available to Jews in other parts of the world. ████████████████████████████████████████████████████████████████████████████████████████

3. ████████████████████████████████████████████████████████████████████████████████████████

4. ██████████████████████████ Not only do I have a large family in Israel, whom I have visited many times, ████████████████████████████████████████████████████████████████████████████████

5. I found the accusations in Freshub's motion offensive ████████████████████████████████████████████████████████

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 8, 2021, in Mountain View, California.

                                                */s/ Saina S. Shamilov*
                                                Saina S. Shamilov