UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| FRESHUB, INC., FRESHUB, LTD. § § | |
| vs. § | NO:  WA:21-CV-00511-ADA |
| § § | |
| AMAZON.COM INC., AMAZON DIGITAL SERVICES, LLC, PRIME NOW, LLC, WHOLE FOODS MARKET INC., WHOLE FOODS MARKET SERVICES, INC., AMAZON.COM SERVICES LLC | |

## ORDER RESETTING MOTION HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for MOTION HEARING by Zoom on October 19, 2021 at 09:30 AM.

IT IS SO ORDERED this 15th day of October, 2021.


ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE


_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE