# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| FRESHUB, INC. and FRESHUB, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, PRIME NOW, LLC and WHOLE FOODS MARKET SERVICES, INC., <br><br> Defendants. | Case No. 6:21-cv-511-ADA |

**UNOPPOSED MOTION FOR WITHDRAWAL OF ATTORNEY BARRY K. SHELTON**

Defendants Amazon.com, Inc., Amazon.com Services LLC, Prime Now, LLC and Whole Foods Market Services, Inc. respectfully move for Barry K. Shelton of Shelton Coburn LLP to be permitted to withdraw as counsel for Defendants in this case. The withdrawal of Mr. Shelton will not delay this proceeding and will not prejudice any party. Defendants will continue to be represented by Fenwick & West LLP. Counsel for Defendants has conferred with counsel for Plaintiff, who indicated Plaintiff is not opposed to the granting of this motion.

Defendants respectfully request that the Court grant this Motion and enter an order permitting Mr. Shelton to withdraw from this action as counsel for Defendants. Defendants further request that the Court and all parties remove Mr. Shelton from all service lists, including ECF service lists, and cease to serve him with orders, motions, discovery, and all other documents subject to service and/or notice in this proceeding.

Dated: January 21, 2022					Respectfully submitted,

							/s/ *Barry K. Shelton*
							Barry K. Shelton
							Texas State Bar No. 24055029
							bshelton@sheltoncoburn.com
							**SHELTON COBURN LLP**
							311 RR 620, Suite 205
							Austin, TX 78734-4775
							Telephone:  512.263.2165
							Facsimile:  512.263.2166

							*Attorneys for Defendants Amazon.com, Inc., Amazon.com Services, LLC, Prime Now, LLC and Whole Foods Market Services, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document is being served via the Court's CM/ECF system on January 21, 2022 on all counsel of record per Local Rule CV-5(a).

*/s/ Barry K. Shelton*
Barry K. Shelton

Case 6:21-cv-00511-ADA   Document 299   Filed 01/21/22   Page 3 of 3