UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| FRESHUB, INC. and FRESHUB, LTD.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>AMAZON.COM, INC., a Delaware Corporation, AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company, PRIME NOW, LLC, a Delaware Limited Liability Company, and WHOLE FOODS MARKET SERVICES, INC., a Texas Corporation,<br><br>　　　　　Defendants. | Case No. 6:21-CV-00511-ADA |

**NOTICE OF CROSS-APPEAL**

Notice is hereby given that Defendants Amazon.com, Inc., Amazon.com Services LLC, Prime Now, LLC, and Whole Foods Market Services, Inc. appeal to the United States Court of Appeals for the Federal Circuit from the Court's Final Judgment dated July 13, 2021 (Dkt. 268) and any other pertinent interlocutory decisions, rulings, or orders, or rulings or orders incorporated therein, including but not limited to the Findings of Fact and Conclusions of Law dated July 30, 2021 (Dkt. 271) and the Court's Minute Order of October 19, 2021 (Dkt. 295). Defendants file this notice in an abundance of caution given Plaintiffs' notice and the 14-day deadline of Federal Rule of Federal Procedure 4(a)(3), and understand that both notices shall take effect according to the the timelines set forth in the Rules. *See* Fed. R. App. P. 4(a)(4)(A)(i)-(ii), (B)(i)-(ii).

| | |
|---|---|
| January 27, 2022 | Respectfully submitted, |
| | /s/ Eric B. Young |
| *Of Counsel:* | J. David Hadden, (CSB No. 176148)<br>Email: dhadden@fenwick.com<br>Saina S. Shamilov, (CSB No. 215636)<br>Email: sshamilov@fenwick.com |
| Deron Dacus (TX Bar #00790553)<br>ddacus@dacusfirm.com<br>THE DACUS FIRM<br>821 ESE Loop 323, Suite 430<br>Tyler, TX 75701<br>Tel: (903) 705-1117<br>Fax: (903) 581-2543 | Todd R. Gregorian (CSB No. 236096)<br>Email: tgregorian@fenwick.com<br>Ravi R. Ranganath (CSB No. 272981)<br>Email: rranganath@fenwick.com<br>Allen Wang (CSB No. 278953)<br>Email: allen.wang@fenwick.com<br>Eric B. Young (CSB No. 318754)<br>Email: eyoung@fenwick.com<br>**FENWICK & WEST LLP**<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA  94041<br>Telephone:  650.988.8500<br>Facsimile:  650.938.5200 |
| | *Counsel for Defendants*<br>*AMAZON.COM, INC., AMAZON.COM SERVICES LLC, PRIME NOW, LLC, and WHOLE FOODS MARKET SERVICES, INC.* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 27th day of January 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

*/s/ Eric B. Young*
Eric B. Young
